Opinion issued August 22, 2008 







 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00328-CR

____________


IN RE VICTOR RANDOLPH TURNER, JR., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Victor Randolph Turner, Jr., filed in this Court a petition for writ
of mandamus, complaining that respondent (1) has not forwarded documents to the
Court of Criminal Appeals that relator prepared fro an article 11.07 writ of habeas
corpus. See Tex. Code Crim. Proc. Ann. Art. 11.07 (Vernon Supp. 2007). The petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Jennings and Bland.

Do not publish. Tex. R. App. P. 47.2(b).
1. Respondent is Annie Rebecca Elliot, Fort Bend County District Clerk.